**William Scott DAVIS, Jr., Plaintiff–Appellant,**

v.

**Albert SINGER, Wake County Attorney, North Carolina; Anthony Morriss, Wake County Bal, North Carolina; Eric Chasse, Wake County District Judge, North Carolina, Defendants–Appellees.**

No. 15–1838.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 17, 2015.

William Scott Davis, Jr., Appellant Pro se.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., seeks to appeal the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Singer,* No. 5:08–cv–00186–FL (E.D.N.C. July 2, 2015). We deny Davis' motions for recusal and to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*